CONCETTA W. CIUFO, Respondent, *v.* FRANK W. CIUFO, Appellant.

Submitted October 6, 1952; decided October 9, 1952.

*Merle Lewis Sheffer* for motion.

*Frank D. Pappalardo* opposed.

Motion dismissed upon the ground that the order does not finally determine the action within the meaning of the Constitution.